Hillsborough,
Mar. 6, 1945. } No. 3518.

JOSEPH ANTHONY SKAVINA *v.* JANET SKAVINA.

*Chretien & Craig (Mr. Chretien* orally), for the plaintiff.

*Arthur B. Hayden* and *Osgood & Osgood (Mr. Hayden* orally), for the defendant.

PER CURIAM. The petition alleges sufficient grounds for annulment. However, we deem it inexpedient to consider at this time the numerous allegations of fraud, some of which may not be sustained by the evidence. The contention that the plaintiff does not come into equity with "clean hands" is not conclusive. See 16 Minn. Law Rev. 215.

*Exception sustained.*

BRANCH, J., was absent.